UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SADIE BENNETT AND MELISSA MANNINO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | CIVIL ACTION |
| V. | 19-185-SDD-RLB |
| LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY (doing business as BLUE CROSS BLUE SHIELD OF LOUISIANA) | |

## JUDGMENT

For the reasons outlined in this Court's *Ruling* in the above captioned matter:

*Judgment* is hereby rendered in favor of Defendant, Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana, and against Plaintiffs, Sadie Bennett and Melissa Mannino. Plaintiffs' claims are hereby dismissed with prejudice.

Signed in Baton Rouge, Louisiana on March 23rd, 2023.

_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**