## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SADIE BENNETT AND MELISSA MANNINO, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-CV-185-SDD-RLB |
| | ) | |
| LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY (doing business as BLUE CROSS AND BLUE SHIELD OF LOUISIANA), | ) ) ) ) | |
| | ) | |
| *Defendant.* | ) | |

## PLAINTIFFS' UNOPPOSED MOTION
## FOR ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiffs Sadie Bennett and Melissa Mannino ("Plaintiffs") respectfully request that the Court dismiss this action with prejudice on the terms set forth herein. Plaintiffs' counsel has conferred with counsel for Defendant Louisiana Health Service & Indemnity Company, d/b/a Blue Cross and Blue Shield of Louisiana ("Defendant"), and Defendant does not oppose this motion.

The dismissal requested herein is on the following terms, which would permanently dispose of all aspects of this action:

1.      Plaintiffs' pending motion to alter or amend the judgment (ECF 124) shall be withdrawn with prejudice;

2.      All claims in this case shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), with Plaintiffs waiving their right to file or pursue any appeal;

3.      Defendant's pending motion for attorneys' fees (ECF 121) and bill of costs (ECF 125) shall be withdrawn with prejudice;

1

4.    Except as provided in paragraph 5 below, each party shall bear its own attorneys' fees, costs, and expenses incurred in the defense or prosecution of this action; and

5.    Plaintiffs shall pay costs to Defendant in the amount of $5,259.40.

The undersigned counsel represent and warrant that they have the consent and authorization of their clients to seek an order of dismissal with prejudice on the aforementioned terms.

May 4, 2023                                  Respectfully submitted,

D. Blayne Honeycutt (#18264)              /s/ Cathryn Caroline Fayard
Calvin C. Fayard, Jr. (#5486)             (*Signed by filing attorney with permission.*)
Hannah Honeycutt Calandro (#37731)        Cathryn Caroline Fayard (#30888)
FAYARD & HONEYCUTT, APC                   FAYARD LAW FIRM LLC
519 Florida Avenue SW                     940 Gravier St.
Denham Springs, LA 70726                  New Orleans, LA 70112
Tel.: 225-664-0304                        Tel.: 917-648-9713
Fax: 225-664-2010                         caroline@fayardlegal.com
dbhoneycutt@fayardlaw.com
Calvin@fayardlaw.com
hannah@fayardlaw.com


Robert A. Izard, Jr. (*pro hac vice*)     /s/ Mathew P. Jasinski
Craig A. Raabe (*pro hac vice*)           William H. Narwold (*pro hac vice*)
Seth R. Klein (*pro hac vice*)            Mathew P. Jasinski (*pro hac vice*)
Christopher M. Barrett (*pro hac vice*)   MOTLEY RICE LLC
IZARD, KINDALL & RAABE, LLP               20 Church Street, 17th Floor
29 South Main Street, Suite 305           Hartford, CT 06103
West Hartford, CT 06107                   Tel.: 860-882-1681
Tel.: 860-493-6292                        Fax: 860-882-1682
Fax: 860-493-6290 (fax)                   bnarwold@motleyrice.com
rizard@ikrlaw.com                         mjasinski@motleyrice.com
craabe@ikrlaw.com
sklein@ikrlaw.com
cbarrett@ikrlaw.com

                                          *Attorneys for Plaintiffs*
                                          *Sadie Bennett and Melissa Mannino*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 4th day of May 2023, a copy of the foregoing was filed electronically.  Notice of the filing will be sent to all parties by operation of the Court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

 /s/ Mathew P. Jasinski      
Mathew P. Jasinski