UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SADIE BENNETT AND MELISSA MANNINO, Individually and on Behalf of All Others Similarly Situated,<br><br>  *Plaintiffs,*<br><br>v.<br><br>LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY (doing business as BLUE CROSS AND BLUE SHIELD OF LOUISIANA),<br><br>  *Defendants*. | Civil Action No. 19-CV-185-SDD-RLB |

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE

Considering Plaintiffs' Unopposed Motion for Order of Dismissal with Prejudice ("Motion") filed by Plaintiffs Sadie Bennett and Melissa Mannino ("Plaintiffs"),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion is granted in full.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that:

1. Plaintiffs' pending motion to alter or amend the judgment (ECF 124) is hereby withdrawn with prejudice;

2. Pursuant to Fed. R. Civ. P. 41(a)(2), all claims in this case are hereby dismissed with prejudice, with Plaintiffs waiving their right to file or pursue any appeal;

3. The pending motion for attorneys' fees (ECF 121) and bill of costs (ECF 125) filed by Defendant Louisiana Health Service & Indemnity Company, d/b/a Blue Cross and Blue Shield of Louisiana ("Defendant") are hereby withdrawn with prejudice;

4. Except as provided in paragraph 5 below, each party shall bear its own attorneys'

fees, costs, and expenses incurred in the defense or prosecution of this action; and

    5.    Defendant is entitled to costs from Plaintiffs in the amount of $5,259.40.

Thus done and signed in Baton Rouge, Louisiana, on this __5th__ day of __May__, 2023.

_____
The Honorable Shelly D. Dick
United States District Judge